AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Kobayashi,, Leslie E. | **2. Court or Organization**<br><br>USDC, District of Hawaii | **3. Date of Report**<br><br>04/08/2019 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Courthouse
300 Ala Moana Blvd. Rm. C-423
Honolulu, Hawaii 96850

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chair | Pu'uwai Kila (non-profit) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 04/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | State of Hawaii, Judiciary - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 04/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | City Bank | Line of Credit | J |
| 2. | First Hawaiian Bank | Line of Credit | J |
| 3. | Honolulu Federal Credit Union | Line of Credit | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA ROLLOVER | | | | | | | | | |
| 2. - Morgan Stanley Bank cash account | A | Interest | K | T | | | | | |
| 3. -AQR Managed Futures Strategy | A | Dividend | J | T | Buy | 04/21/17 | J | | |
| 4. | | None | J | S | Buy (add'l) | 07/12/17 | J | | |
| 5. -Blackrock Global L/S Credit I | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 6. -Blackrock Low Dur BD Inv Inst | A | Dividend | K | T | Buy | 01/26/17 | K | | |
| 7. | | None | K | T | Buy (add'l) | 07/12/17 | J | | |
| 8. | | None | K | T | Buy (add'l) | 12/22/17 | J | | |
| 9. -Alps ETF Riverfront STR Inc | | None | | | Sold | 01/26/17 | J | A | |
| 10. -Blackrock Alt Mult-Strat Inst | A | Dividend | K | T | Buy | 01/26/17 | K | | |
| 11. -Cambiar Intl Equity Inv | | None | K | T | Buy | 04/21/17 | K | | |
| 12. | | None | | | Sold (part) | 07/12/17 | J | A | |
| 13. | | None | | | Sold (part) | 11/28/17 | J | A | |
| 14. | A | Distribution | K | T | | | J | A | |
| 15. -Causeway Emerging Mkts Inst | A | Dividend | K | T | Buy | 02/02/17 | K | | |
| 16. | | None | | | Sold (part) | 07/12/17 | J | A | |
| 17. | | None | | | Sold (part) | 11/28/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | None | K | S | Buy (add'l) | 12/27/17 | J | | |
| 19.  -AT&T Inc. | | None | | | Sold | 01/26/17 | J | A | |
| 20.  -Center Coast MLP Focus | A | Dividend | K | T | Buy | 02/23/17 | K | | |
| 21. | A | Dividend | K | T | Buy (add'l) | 07/12/17 | J | | |
| 22. | A | Dividend | K | T | Buy (add'l) | 12/21/17 | J | | |
| 23.  -Cons Staples Sel Sect SPDR FD | | None | | | Sold | 07/12/17 | J | A | |
| 24.  -Deutsche X-Trackers MSCI EAF | A | Dividend | | | Buy | 01/19/17 | K | | Morgan Stanley |
| 25. | | None | | | Sold | 07/12/17 | K | E | |
| 26.  -E V Income Fund of Boston | A | Dividend | K | T | Buy | 01/27/17 | K | | |
| 27. | | None | | | Sold (part) | 07/12/17 | J | D | |
| 28. | | None | | | Buy (add'l) | 12/22/17 | J | | |
| 29.  -Edgewood Growth Instl | A | Dividend | J | T | Buy | 01/27/17 | J | | |
| 30. | | None | J | T | Buy (add'l) | 07/12/17 | J | | |
| 31. | | None | J | T | Sold (part) | 11/28/17 | J | A | |
| 32. | | | | | | | | | |
| 33. | | None | J | T | Buy (add'l) | 12/22/17 | J | | |
| 34.  -Flexshares Qualt Divd IDX ETF | A | Dividend | | | Sold | 07/12/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   -First Trust Utlts Alphadex ETF | | None | J | T | Sold | 07/12/17 | J | A | |
| 36.   -Global X MSCI Norway ETF | A | Dividend | | | Sold | 07/12/17 | J | A | |
| 37.   -Goldman Activebeta US LC E/F | | None | | | Sold | 07/12/17 | J | A | |
| 38.   -Guggenheim Bulletshares IG2023 | A | Dividend | | | Sold | 07/12/17 | J | A | |
| 39.   -Harding Loevner Intl Eqty Inst | A | Dividend | K | T | Buy | 02/09/17 | K | | |
| 40. | | None | J | T | Buy<br>(add'l) | 07/12/17 | J | | |
| 41. | | None | | | Sold<br>(part) | 11/28/17 | J | A | |
| 42. | A | Dividend | J | T | Buy<br>(add'l) | 12/22/17 | J | | |
| 43. | A | Distribution | J | T | Buy<br>(add'l) | 12/27/17 | J | | |
| 44.   -Hartford Midcap I | A | Dividend | J | T | Buy | 07/12/17 | J | | |
| 45. | | | | | Sold<br>(part) | 11/28/17 | J | A | |
| 46. | A | Distribution | | | Buy<br>(add'l) | 12/27/17 | J | | |
| 47. | | | | | Buy<br>(add'l) | 12/22/17 | J | | |
| 48.   -Ishares 1-3 Year Credit | A | Dividend | J | V | Sold | 07/12/17 | J | A | |
| 49.   -IShares Barclays 1-3 Yr TSY BD | A | Dividend | | | Sold | 07/12/17 | J | A | |
| 50.   -IShares Curr Hedged MSCI Japan | | None | | | Sold | 01/26/17 | J | A | |
| 51.   -IShares Intl Select Div ETF | A | Dividend | | | Sold | 07/12/17 | J | A | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -IShares Russell 1000 GRW ETF | A | Dividend | | | Buy | 03/24/17 | K | | |
| 53. | | | | | Buy (add'l) | 02/08/17 | J | | |
| 54. | | | | | Sold | 11/28/17 | J | A | |
| 55. -IShares Russell 1000 Value ETF | A | Dividend | K | T | Buy | 03/03/17 | K | | |
| 56. | | | | | Sold (part) | 04/21/17 | J | C | |
| 57. | | | | | Sold (part) | 07/12/17 | J | C | |
| 58. -Ishares Russell 2000 Value ETF | A | Dividend | | | Buy | 01/27/17 | J | | |
| 59. | | | | | Sold | 06/09/17 | J | A | |
| 60. -IShares Russell Midcap G ETF | A | Dividend | | | Buy | 02/10/17 | J | | |
| 61. | | | | | Sold | 05/12/17 | J | A | |
| 62. -IShares Russell Midcap V ETF | A | Dividend | | | Buy | 01/26/17 | J | | Morgan Stanley |
| 63. | | | | | Sold | 05/12/17 | J | A | |
| 64. -Ishares TIPS Bond ETF | A | Dividend | J | T | Buy | 01/12/17 | J | | |
| 65. | | None | J | T | Buy (add'l) | 07/12/17 | J | | |
| 66. -IShares US Healthcare Prov ETF | | None | | | Sold | 07/07/17 | J | A | |
| 67. -IShares US Fin Services ETS | A | Dividend | | | Sold | 07/12/17 | J | A | |
| 68. -IShares MSCI EAFE Fund | A | Dividend | | | Sold | 07/12/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Ishares MSCI EAFE Growth ETF | | | | | Sold | 07/12/17 | J | A | |
| 70. -IShares MSCI Australia ETF | | None | | | Sold | 01/26/17 | J | A | |
| 71. -IShares Nasaq Biotech | | None | | | Sold | 01/26/17 | J | A | |
| 72. -JPMorgan Value Advantage I | A | Dividend | | | Buy | 03/16/17 | K | | Morgan Stanley as agent |
| 73. | | None | | | Buy (add'l) | 07/12/17 | J | | |
| 74. | | None | | | Sold | 11/28/17 | J | A | |
| 75. -Loomis Growth Y | | None | K | T | Buy | 07/12/17 | K | | |
| 76. | | None | | | Sold (part) | 11/28/17 | J | B | |
| 77. | A | Dividend | J | T | | | | | |
| 78. | A | Distribution | J | T | | | | | |
| 79. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 80. -Matthews Asian Japan Inv | A | Dividend | | | Buy | 01/26/17 | J | | Morgan Stanley as agent |
| 81. | | | | | Sold | 07/12/17 | J | C | |
| 82. -Metropolitan West Tot Ret BD | A | Dividend | K | T | Buy | 01/31/17 | K | | |
| 83. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 84. -Neuberger Instrinsic Value Inst | A | Dividend | J | T | Buy | 01/31/17 | J | | |
| 85. | | | | | Buy (add'l) | 07/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | A | Distribution | J | T | Buy (add'l) | 09/01/17 | J | | |
| 87.  -Oakmark Internatl I | A | Dividend | K | T | Buy | 07/12/17 | K | | |
| 88. | | None | | | Sold (part) | 11/28/17 | J | A | |
| 89. | A | Distribution | K | T | Buy (add'l) | 12/22/17 | J | | |
| 90.  -Paychex Inc | | None | | | Sold | 07/12/17 | J | A | |
| 91.  -Pepsico Inc | A | Dividend | | | Sold | 07/12/17 | J | A | |
| 92.  -PIMCO 0-5 H/Y Corp Bond | A | Dividend | | | Sold | 07/12/17 | J | A | |
| 93.  -PIMCO 25+ Year Zero Coupon | | None | | | Sold | 07/12/17 | J | A | |
| 94.  -PIMCO Inv Grade Corp Bd | A | Int./Div. | | | Sold | 07/12/17 | J | A | |
| 95.  -IShares Nasdaq Biotech | | None | | | Sold | 01/26/17 | J | A | |
| 96.  -PIMCO Short Term P | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 97. | | None | J | T | Buy (add'l) | 07/12/17 | J | | |
| 98.  -Powershares Aero & DEF PTF | A | Dividend | | | Sold | 07/12/17 | J | A | |
| 99.  -Powershares KBW Regional Bank | | None | | | Sold | 07/12/17 | J | A | |
| 100.  -Powershares QQQ TR | | None | | | Sold | 01/26/17 | J | A | |
| 101.  -Powershares S&P 500 X-Rate | | None | | | Sold | 01/26/17 | J | A | |
| 102.  S&P 500 Index Fund | | None | | | Sold | 01/26/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -SPDR BBG Bar Srt Term Hi Yield | | None | | | Sold | 07/12/17 | J | A | |
| 104.  -SPDR Morgan Stanley Technology | | None | | | Sold | 07/12/17 | J | A | |
| 105.  -SPDR Barcap Shrt Term HI Yield | | None | | | Sold | 07/12/17 | J | A | |
| 106.  -SPDR Barclays Capital Short | A | Dividend | | | Sold | 07/12/17 | J | A | |
| 107.  -SPDR Barclays Capital High Yield | A | Dividend | | | Sold | 07/12/17 | J | A | |
| 108.  -SPDR S&P Capital Markets ETF | | None | | | Sold | 01/26/17 | J | A | |
| 109.  - T Rowe Price QM US SM CP GR EQ | | None | J | T | Buy | 02/10/17 | J | | |
| 110. | | None | J | T | Buy (add'l) | 07/12/17 | J | | |
| 111. | A | Distribution | | | Sold (part) | 11/28/17 | J | A | |
| 112.  -UBS E-Tracs Aleri | | None | | | Sold | 01/26/17 | J | A | |
| 113.  -Vanguard Intermediate Term Corp | | None | | | Sold | 01/26/17 | K | A | |
| 114.  -Vanguard Short-Term Corporate | | None | | | Sold | 01/26/17 | J | A | |
| 115.  -Wells Fargo Special MDCP VL I | A | Int./Div. | J | T | Buy | 07/12/17 | J | | |
| 116.  -Wisdom Tree European Hedged Equit | A | Distribution | | | Sold | 01/26/17 | J | A | |
| 117.  -Wisdom Tree Trust Japan Hedge EQ | A | Dividend | J | T | Buy | 07/12/17 | J | | |
| 118.  Wisdom Tree LG Cap Div ETF | | None | | | Sold | 07/12/17 | J | A | |
| 119.  -Wisdomtree Low P/E ETF | | None | | | Sold | 07/12/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Wisdom Tree TR ITL HDG QTLY DIV | | None | | | Sold | 07/12/17 | J | A | |
| 121. Honolulu FCU - checking and savings account | A | Interest | J | T | Buy (add'l) | 12/31/17 | J | | |
| 122. McDonald's Corp. (Common Stock) | A | Dividend | J | T | Buy (add'l) | 08/24/17 | J | | |
| 123. COVERDELL ESA | | | | | | | | | |
| 124. -MSIF Growth A | A | Dividend | J | T | Buy (add'l) | 07/12/17 | J | | |
| 125. | A | Distribution | J | T | Buy (add'l) | 07/12/17 | J | | |
| 126. -Morgan Stanley Bank | A | Interest | J | T | Buy (add'l) | 07/12/17 | J | | |
| 127. MORGAN STANLEY UTMA ACCOUNT | | | | | | | | | |
| 128. -Vanguard Dividend Appreciation | A | Dividend | J | T | Buy (add'l) | 09/25/17 | J | | |
| 129. -Wisdomtree TR Emerg Mkt High FD | A | Dividend | J | T | Buy (add'l) | 09/29/17 | J | | |
| 130. -Wisdomtree Trust Japn Hedge EQ | A | Dividend | J | T | Buy (add'l) | 09/29/17 | J | | |
| 131. -Walt Disney Co Hldg Co | A | Dividend | J | T | Buy (add'l) | 01/19/17 | J | | |
| 132. - Morgan Stanley Bank cash account | A | Interest | J | T | Buy (add'l) | 12/31/17 | J | | |
| 133. IRA ACCOUNT | | | | | | | | | |
| 134. - Morgan Stanley Bank cash account | A | Interest | J | T | Buy (add'l) | 08/31/17 | J | | |
| 135. EV Global Macro ABS Ret C | B | Int./Div. | L | T | Buy (add'l) | 09/25/17 | L | | |
| 136. | | None | L | T | Buy (add'l) | 01/26/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - AIM Constellation A | | None | | | Sold | 01/26/17 | J | A | |
| 138. - Allianz NFJ Intl Value A | | None | | | Sold | 01/26/17 | J | A | |
| 139. - American Century Growth Advantage | | None | | | Sold | 01/26/17 | J | A | |
| 140. - DWS Real Esate Sec A (A Mutual Fund) | | None | | | Sold | 01/26/17 | J | A | |
| 141. - Enterprise Group Fund Growth PT | | None | | | Sold | 01/26/17 | J | A | |
| 142. - Focus Growth Fund B | | None | | | Sold | 01/26/17 | J | A | |
| 143. - IM Enterprise Growth FD Cl A | | None | | | Sold | 01/26/17 | J | A | |
| 144. -Invesco Diversified Dividend A | | None | | | Sold | 01/26/17 | J | A | |
| 145. - Invesco Div GW Securities A | | None | | | Sold | 01/26/17 | J | A | |
| 146. - Invesco GLB DIV GW Secur B | | None | | | Sold | 01/26/17 | J | A | |
| 147. - MS Capital Opportunities TR A | | None | | | Sold | 01/26/17 | J | A | |
| 148. - MS Dividend Grwth Securities | | None | | | Sold | 01/26/17 | J | A | |
| 149. - MS Focus Growth FD A | | None | | | Sold | 01/26/17 | J | A | |
| 150. -MS Equally Weighted S&P 500 C | | None | | | Sold | 01/26/17 | J | A | |
| 151. - MS Global Dividend -Grwth Sec B(fkn as MSDW) | | None | | | Sold | 01/26/17 | J | A | |
| 152. - MS Strategist Fund (fkn as MSDW) | | None | | | Sold | 01/26/17 | J | A | |
| 153. -IShares MSCI EAFE Fund | | None | | | Sold | 01/26/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - MSDW Dividend Growth D | | None | | | Sold | 01/26/17 | J | A | |
| 155. - MS Global Advantage Fund A | | None | | | Sold | 01/26/17 | J | A | |
| 156. - MS Global Dividend Grwth Sec D | | None | | | Sold | 01/26/17 | J | A | |
| 157. -MS Global Strategist Fund A | | None | | | Sold | 01/26/17 | J | A | |
| 158. - MS Mid-Cap Growth B | | None | | | Sold | 01/26/17 | J | A | |
| 159. - MS Multi Cap Growth Tr A | | None | | | Sold | 01/26/17 | J | A | |
| 160. - MSDW Dividend Growth Fund B | | None | | | Sold | 01/26/17 | J | A | |
| 161. - MSDW Small Cap Growth Fund B | | None | | | Sold | 01/26/17 | J | A | |
| 162. - MSDW Aggressive Equity Fund B | | None | | | Sold | 01/26/17 | J | A | |
| 163. - MSDW Competitive Edge Fund | | None | | | Sold | 01/26/17 | J | A | |
| 164. - MSDW Am Oppoturnity Fund | | None | | | Sold | 01/26/17 | J | A | |
| 165. - MSDW Growth Securities B | | None | | | Sold | 01/26/17 | J | A | |
| 166. - MSDW Global Dividend Growth D | | None | | | Sold | 01/26/17 | J | A | |
| 167. - MSDW Competitive Edge Bip B | | None | | | Sold | 01/26/17 | J | A | |
| 168. - Perkins Mid Cap Val Div | | None | | | Sold | 01/26/17 | J | A | |
| 169. - Pimco Small Cap Value Fd Cl A | | None | | | Sold | 01/26/17 | J | A | |
| 170. - Phoenix Al-Cap Growth | | None | | | Sold | 01/26/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Phoenix Engermann Growth A | | None | | | Sold | 01/26/17 | J | A | |
| 172. - Salomon Hi Yld BD FD Cl A | | None | | | Sold | 01/26/17 | J | A | |
| 173. -SPDR DJ Wilshire REIT ETF | | None | | | Sold | 01/26/17 | J | A | |
| 174. - Strategist Fund A | | None | | | Sold | 01/26/17 | J | A | |
| 175. ANNUITIES AND INSURANCE | | | | | | | | | |
| 176. -VOYA Financial | A | Distribution | M | T | Buy (add'l) | 12/31/17 | M | | |
| 177. -Voya Intermediate Bond Portfolio | | Distribution | L | T | Buy (add'l) | 12/31/17 | L | | Morgan Stanley |
| 178. -VY Columbia Contrarian Core Portfolio - Service | | Distribution | K | T | Buy (add'l) | 12/31/17 | K | | |
| 179. -VY Invesco Comstock Portfolio-Service Class | | Distribution | L | T | Buy (add'l) | 12/31/17 | L | | |
| 180. -VY Morgan Stanley Global Franchise Portfolio | | Distribution | L | T | Buy (add'l) | 12/31/17 | L | | |
| 181. -Voya Retirement Moderate Growth | | Distribution | M | T | Buy (add'l) | 12/31/17 | L | | |
| 182. COLLEGEBOUND 529 ACCOUNT | | | | | | | | | |
| 183. -Invesco CollegeBound 2021-2022 Portfolio C | A | Int./Div. | J | T | Buy (add'l) | 12/31/17 | J | | |
| 184. WELLS FARGO INVESTMENT ACCOUNTS | | | | | | | | | |
| 185. -Goldman Sachs Grp Inc Medium Term Notes | A | Interest | J | T | Buy (add'l) | 12/31/17 | J | | |
| 186. -Honolulu Waterwater Sys Bond | A | Interest | K | T | Buy (add'l) | 12/31/17 | K | | |
| 187. -Wells Fargo Bank cash account | A | Interest | J | T | Buy (add'l) | 12/31/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  CASH ACCOUNTS | | | | | | | | | |
| 189.  United States Savings Bonds Series EE | | None | J | T | Buy (add'l) | 12/31/17 | J | | |
| 190.  Honolulu FCU savings and checking accounts | A | Interest | J | T | Buy (add'l) | 12/31/17 | J | | |
| 191.  -SPDR S&P Transn ETF | | None | | | Sold | 01/26/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

CollegeBound 529 is not self-directed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leslie E. Kobayashi,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544